IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELLA R. HOLMAN, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | No. 04-2148 |
| | : | |
| JO ANNE B. BARNHART, | : | |
| Commissioner of Social Security, | : | |
| Defendant | : | |

**O R D E R**

AND NOW, this         day of                        , 2005, after careful and independent consideration of the parties' cross-motions for summary judgment, and upon review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby ORDERED that:

The Report and Recommendation is APPROVED and ADOPTED;

1. The Commissioner's Motion for Summary Judgment is DENIED;

2. The Plaintiff's Motion for Summary Judgment is GRANTED in part and DENIED in part; and

3. The matter be REMANDED to the Commissioner of Social Security to allow the Administrative Law Judge to conduct additional proceedings consistent with this Report and Recommendation. On remand, the ALJ shall: (a) assess the impact of Plaintiff's obesity on each physical limitation; (b) evaluate the severity of Plaintiff's mental impairments with reference to a mental RFC; (c) reassess Plaintiff's credibility giving medical support; and (d) if necessary, submit to a vocational expert all of Plaintiff's legitimate significant mental and physical limitations to determine what positions, if any, Plaintiff could perform in the national economy.

It is so ORDERED.

BY THE COURT:

_____
J. CURTIS JOYNER, J.